Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
JONPAUL MARCEL NADEAU

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JONPAUL MARCEL NADEAU,<br><br>         Plaintiff,<br><br>vs.<br><br>RENTBERRY, INC.,<br><br>         Defendant. | **Case Number:** 3:21-cv-08185<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT (INJUNCTIVE RELIEF DEMANDED)**<br><br>**Demand for Jury Trial** |

Plaintiff JonPaul Marcel Nadeau by and through his undersigned counsel, hereby brings this Complaint against Defendant RENTBERRY, INC. for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff JONPAUL MARCEL NADEAU ("Nadeau") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Nadeau's original copyrighted works of authorship.

2. Nadeau is the owner and principal photographer of Aremac Photography, located in South Florida. Nadeau specializes in high quality interior and exterior

1  photography, aerial footage, short HD films, and floor plans. He provides a detailed and
2  customized finished product to every client. Nadeau has over 7 years experience working
3  in the industry, and working alongside his mentor, he now expands his horizons to 3D
4  tours and film.

5        3.     Defendant RENTBERRY, INC. ("Rentberry") helps consumers find
6  properties, apartments, and homes to rent located both inside and outside of the United
7  States. At all times relevant herein, Rentberry owns and operates the internet website
8  located at the URL at https://rentberry.com/ (the "Website").

9        4.     Nadeau alleges that Rentberry copied Nadeau's copyrighted work from the
10 internet in order to advertise, market and promote its business activities. Rentberry
11 committed the violations alleged in connection with Rentberry's business for purposes of
12 advertising and promoting sales to the public in the course and scope of Rentberry's
13 business.

14 **JURISDICTION AND VENUE**

15       5.     This is an action arising under the Copyright Act, 17 U.S.C. § 501.

16       6.     This Court has subject matter jurisdiction over these claims pursuant to 28
17 U.S.C. §§ 1331, 1338(a).

18       7.     Rentberry is subject to personal jurisdiction in California.

19       8.     Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and
20 1400(a) because the events giving rise to the claims occurred in this district, Defendant
21 engaged in infringement in this district, Defendant resides in this district, and Defendant
22 is subject to personal jurisdiction in this district.

23 **DEFENDANT**

24       9.     Rentberry, Inc. is a Delaware Corporation with its principal place of
25 business at 201 Spear Street, Suite 1100, San Francisco, CA 94105, and can be served by
26 serving its Registered Agent, Mr. Oleksiy Lyubynskyy, 201 Spear Street, Suite 1100, San
27 Francisco, CA 94105
28

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

## **THE COPYRIGHTED WORKS AT ISSUE**

10.     In 2018, Nadeau created two photograph entitled "DSC_5039" and "DSC_5054," which are shown below and referred to herein as the "Works."





11. At the time he created the Works Nadeau applied copyright management information to the Works consisting of the words "Aremac Photography" to the bottom left corner of DSC_5039 and to the top left corner of DSC_5054.

12. Nadeau registered the Works with the Register of Copyrights on April 16, 2020 and was assigned the registration number VA 2-204-287. The Certificate of Registration is attached hereto as Exhibit 1.

13. At all relevant times Nadeau was the owner of the copyrighted Works at issue in this case.

## INFRINGEMENT BY DEFENDANT

14. Rentberry has never been licensed to use the Works at issue in this action for any purpose.

15. On a date after the Works at issue in this action were created, but prior to the filing of this action, Rentberry copied the Works.

16. Rentberry copied Nadeau's copyrighted Works without Nadeau's permission.

17. After Rentberry copied the Works it made further copies and distributed the Works on the internet to promote the sale of goods and services, specifically to advertise a rental opportunity for a 2-bedroom/2-bathroom condominium unit located at 1010 Southwest 2nd avenue, Unit 606, Miami, Florida, 33130, priced at $2,500 per month.

18. Rentberry copied and distributed Nadeau's copyrighted Works in connection with Rentberry's business for purposes of advertising and promoting Rentberry's business, and in the course and scope of advertising and selling products and services.

19. Nadeau's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

20. Rentberry committed copyright infringement of the Works as evidenced by the documents attached hereto as Exhibit 2.

21.  Nadeau never gave Rentberry permission or authority to copy, distribute or display the Works at issue in this case.

22.  Nadeau notified Rentberry of the allegations set forth herein on May 24, 2021. To date, the parties have failed to resolve this dispute.

23.  When Rentberry copied and displayed the Works at issue in this case, Rentberry removed Nadeau's copyright management information from the Works

24.  Nadeau never gave Rentberry permission or authority to remove copyright management information from the Works at issue in this case.

## COUNT I
## COPYRIGHT INFRINGEMENT

25.  Nadeau incorporates the allegations of paragraphs 1 through 24 of this Complaint as if fully set forth herein.

26.  Nadeau owns valid copyrights in the Works at issue in this case.

27.  Nadeau registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

28.  Rentberry copied, displayed, and distributed the Works at issue in this case and made derivatives of the Works without Nadeau's authorization in violation of 17 U.S.C. § 501.

29.  Rentberry performed the acts alleged in the course and scope of its business activities.

30.  Rentberry's acts were willful.

31.  Nadeau has been damaged.

32.  The harm caused to Nadeau has been irreparable.

## COUNT II
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

33.  Nadeau incorporates the allegations of paragraphs 1 through 24 of this Complaint as if fully set forth herein.

34.  The Works at issue in this case contain copyright management information ("CMI").

SRIPLAW
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

35. Rentberry knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the Works at issue in this action in violation of 17 U.S.C. § 1202(b).

36. Rentberry committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Nadeau's rights in the Works at issue in this action protected under the Copyright Act.

37. Rentberry caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Nadeau's rights in the Works at issue in this action protected under the Copyright Act.

38. Nadeau has been damaged.

39. The harm caused to Nadeau has been irreparable.

WHEREFORE, Plaintiff prays for judgment against the Defendant Rentberry, Inc. that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

b. Defendant be required to pay Plaintiff his actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203;

c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded such other and further relief as the Court deems just and proper; and

e. Plaintiff be awarded pre- and post-judgment interest.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED:  October 20, 2021              Respectfully submitted,


*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
MATTHEW L. ROLLIN
**SRIPLAW**
*Attorneys for Plaintiff JonPaul Marcel Nadeau*